UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Freddy Valarezo, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>-v.-<br><br>Dynamic Recovery Solutions, LLC; and<br>LVNV Funding LLC<br><br>Defendant(s). | Case No: 3:22-cv-05219-GC-LHG |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS DYNAMIC RECOVERY SOLUTIONS, LLC; AND LVNV FUNDING LLC

**IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendants Dynamic Recovery Solutions, LLC; and LVNV Funding LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: November 16, 2022

It is so ordered this 28th day of November, 2022

*Georgette Castner*
Georgette Castner, U.S.D.J.

HOROWITZ LAW, PLLC

/s/ *Uri Horowitz*
By: Uri Horowitz, Esq.
14441 70th Road
Flushing, NY 11367
Phone: (718) 705-8706
uri@horowitzlawpllc.com

*Attorneys For Plaintiff Freddy Valarezo*